**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| James Byron Ward, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Laducer & Associates, Inc., | ) | |
| | ) | Case No. 1:06-cv-033 |
| Defendant. | ) | |

On May 11, 2007, the parties filed a Stipulation to Extend Discovery Deadlines. The court **ADOPTS** the parties stipulation (Docket No. 11). The scheduling/discovery plan shall be amended as follows:

1. The parties shall have until July 15, 2007, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by August 1, 2007.

3. The parties shall have until August 15, 2007, to complete discovery depositions of expert witnesses.

4. The parties shall have until August 15, 2007, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 14th day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge