# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| James Byron Ward, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Laducer & Associates, Inc., | ) | Case No. 1:06-cv-033 |
| | ) | |
| Defendant. | ) | |

Before the Court is the parties' "Stipulation and Motion for Dismissal" filed on August 9, 2007. The parties have informed the Court that they have reached an agreement as to the resolution of this matter. The Court **ADOPTS** the parties' "Stipulation and Motion for Dismissal" (Docket No. 13) and **ORDERS** that the case be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 13th day of August, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court